| COURTROOM DEPUTY MINUTES | DATE: 10/3/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 4:15 p.m. to 4:18 |

- ✓ **INITIAL APPEARANCE**
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **02:05MJ116-CSC**        DEFT. NAME: **ENRIQUE DEL PHILAR RUEDES**

USA: **TODD BROWN**        ATTY: **BEN BRUNER**

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO: **RON THWEATT**

Defendant __✓__ does ___ does NOT need an interpreter;
Interpreter present ___ NO __✓__ YES    NAME: **BEVERLY CHILDRESS**

---

- ✓ Kars.  Date of Arrest __9/29/05__ or ☐ karsr40
- ✓ kia.   Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ✓ kcnsl. Deft. First Appearance with Counsel
- ✓      Requests appointed Counsel  ✓ **ORAL MOTION for Appointment of Counsel**
- ✓ Finaff. Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted  **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- ✓ k20appt.  Panel Attorney Appointed; ✓ to be appointed - prepare voucher
- ☐      Deft. Advises he will retain counsel.  Has retained _____
- ✓      Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐      Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐      **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ✓ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.  ☐ **BOND EXECUTED** (M/D AL charges) $ _____. Deft released (kloc LR)
-       ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ✓ kloc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐      Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr.  **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
-       ☐ Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____
-       **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn. **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt  **Waiver of Speedy Trial Act Rights Executed.**